**FILED**
Jul 22, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Lee John Greer F-81959
Name and Prisoner/Booking Number

Kern Valley State Prison
Place of Confinement

P.O. Box 5107
Mailing Address

Delano, CA 93216
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Lee John Greer
(Full Name of Plaintiff)
Plaintiff,

v.

(1) T Castellanos
(Full Name of Defendant)
(2) L. Maldonado
(3) C. Marquez
(4) F. Mendoza
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-cv-00911-GSA (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Kern Valley State Prison Delano, CAlifornia

Revised 3/15 2016

1

## B. DEFENDANTS

1. Name of first Defendant: __I. Castellanos__. The first Defendant is employed as: __Correctional Lieutenant__ at __Kern Valley State Prison__
   (Position and Title)                                                      (Institution)

2. Name of second Defendant: __L. Maldonado__ The second Defendant is employed as: __Correctional Sergeant__ at __Kern Valley State Prison__
   (Position and Title)                                                      (Institution)

3. Name of third Defendant: __C. Marquez__. The third Defendant is employed as: __Correctional officer__ at __Kern Valley State Prison__
   (Position and Title)                                                      (Institution)

4. Name of fourth Defendant: __F. Mendoza__. The fourth Defendant is employed as: __Correctional officer__ at __Kern Valley State Prison__
   (Position and Title)                                                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## CLAIM I

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment Constitutional Right__

2. Claim I  Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12-13-2021 I was involved in an incident with another inmate. When the incident was nearly concluded, OFFICER F. MENDOZA ordered me to get down. As I complied with his order he began to shake his pepper spray can. Once he believed his can was at maximum pressure he began to spray me in my face with his pepper spray. This use of force was NOT NEEDED. He knew this yet he sprayed me anyway. T. Castellanos who was the superior officer of F. Mendoza approved of this behavior, when he should have corrected it.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   I was burning intensely for days on my face and torso.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

CLAIM II

1. State the constitutional or other federal civil right that was violated: __EIGHTH Amendment Rights__

2. Claim II   Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12-13-2021 I was involved in an incident with another inmate. During the incident I was pepper sprayed. After being pepper sprayed, C. Marquez and L. Maldonado purposely delayed my decontamination. Even after the scene was all secure they force me to remain covered in pepper spray. They basically tortured me by denying me my right to wash off the spray.

   T. Castellanos was the superior officer and he approved of these actions, when he should have corrected them.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   My chest and face burned for days

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

4

CLAIM III

1. State the constitutional or other federal civil right that was violated: **EigHTH Amendment Rights**

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12-13-2021 I got pepper sprayed AFTER I was involved in an INCIDENT. During that time, I started to have shortness of breath. I asked C. MARQUEZ and L. MALDONADO for access to my perscribed INHALER. They REFUSED me my Inhaler which I have the Right to Always have Access To. I EXPLAINED TO THEM EXACTLY where the INHALER was LOCATED. They still Refused to give me Access to my Inhaler, while I was GASPING FOR Air. T. CASTELLANOS was the Superior OFficer AND He APPROVED of these Actions, INSTEAD OF correcting them.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   I choked, And Thought I was going To Die. I Thought They Were Trying To Kill me.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

A PAYMENT OF $100,000 For Physical, mental, and emotional Damages. I Also Ask That The Courts, In addition, order any other relief that it Deem appropriate.

_____          _____
(Date)                                        (Signature of Plaintiff)

6

CIVIL RIGHTS COMPLAINT