# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JOHN GREER,<br><br>            Plaintiff,<br><br>      v.<br><br>CASTELLANOS, *et al.*,<br><br>            Defendants. | No.  1:22-cv-00911-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 15 |

Plaintiff Lee John Greer is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2025, the assigned magistrate judge screened the complaint and found that plaintiff stated a cognizable claim against defendant F. Mendoza for excessive force in violation of the Eighth Amendment, and against defendants C. Marquez and L. Maldonado for denial/delay of medical care in violation of the Eighth Amendment, but failed to state any other cognizable claims for relief against any other defendant.  Doc. 12.  The magistrate judge ordered plaintiff to either file a first amended complaint or notify the Court of his willingness to proceed only on the claims found cognizable in the screening order.  *Id.* at 7–8.  On November 14, 2025, plaintiff notified the Court that he would not like to amend and that he was willing to proceed with only the Eighth Amendment claims against defendants Mendoza, Marquez, and Maldonado.  Doc. 13.

1

On November 17, 2025, the magistrate judge issued findings and recommendations that this action proceed on plaintiff's complaint, filed July 22, 2022, Doc. 1, against defendant F. Mendoza for excessive force in violation of the Eighth Amendment and against defendants C. Marquez and L. Maldonado for denial/delay of medical care in violation of the Eighth Amendment. Doc. 15. The magistrate judge further recommended that all other claims and defendants be dismissed based on plaintiff's failure to state claims upon which relief may be granted. *Id.* at 7. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 17, 2025, Doc. 15, are adopted in full;
2. This action shall proceed on plaintiff's complaint, filed July 22, 2022, Doc. 1, against defendant F. Mendoza for excessive force in violation of the Eighth Amendment and against defendants C. Marquez and L. Maldonado for denial/delay of medical care in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  December 28, 2025

UNITED STATES DISTRICT JUDGE

2