**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE JOHN GREER,<br>Plaintiff,<br>v.<br>CASTELLANOS, *et al.*,<br>Defendants. | Case No.: 1:22-cv-00911-BAM (PC)<br><br>ORDER THAT INMATE LEE JOHN GREER IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Lee John Greer is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 4, 2026. Inmate Lee John Greer, CDCR #F-81959, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **August 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge