# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEE JOHN GREER,

Plaintiff,

v.

CASTELLANOS, *et al.*,

Defendants.

Case No. 1:22-cv-00911-BAM (PC)

ORDER LIFTING STAY OF PROCEEDINGS (ECF No. 23)

ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER

Plaintiff Lee John Greer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant F. Mendoza for excessive force in violation of the Eighth Amendment and against Defendants C. Marquez and L. Maldonado for denial/delay of medical care in violation of the Eighth Amendment.

On April 7, 2026, the Court set this case for a settlement conference and stayed the action to allow the parties an opportunity to settle their dispute. (ECF No. 23.) As the case did not settle, (ECF No. 31), the Court finds it appropriate and necessary to lift the stay. This case is now ready to proceed.

Based on the foregoing, it is HEREBY ORDERED that:

1. The stay of this action, (ECF No. 23), is LIFTED;
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and

3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **August 5, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE